Glenn R. Kantor, State Bar No. 122643
gkantor@kantorlaw.net
Peter S. Sessions, State Bar No. 193301
psessions@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
LOUIS WILKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LOUIS WILKINS, | ) | Case No. C 14-00788 RS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| HSBC CONSOLIDATED HEALTH AND WELFARE PLAN; HSBC NORTH AMERICA HOLDINGS, INC., | ) | |
| Defendants. | ) | |

Plaintiff Louis Wilkins and Defendants HSBC Consolidated Health and Welfare Plan and HSBC North America Holdings, Inc., by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice. The parties will bear their own respective costs, expenses, and attorney's fees.

DATED: December 10, 2014         KANTOR & KANTOR, LLP

                         By:   /s/ Glenn R. Kantor
                               Glenn R. Kantor
                               Attorneys for Plaintiff
                               Louis Wilkins

DATED: December 10, 2014         LITTLER MENDELSON, P.C.

                         By:   /s/ Nancy L. Ober
                               Nancy L. Ober
                               Attorneys for Defendants
                               HSBC Consolidated Health and Welfare Plan
                               and HSBC North America Holdings, Inc.

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice in its entirety. The parties will bear their own respective costs, expenses, and attorney's fees.

**IT IS SO ORDERED.**

DATED: 12/10/14

_____
HONORABLE RICHARD G. SEEBORG
UNITED STATES DISTRICT JUDGE